IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEHIGH VALLEY TOXICOLOGY, LLC doing business as LEHIGH VALLEY GENOMICS, LLC, Plaintiff, v. CONTINENTAL CASUALTY COMPANY/CNA, Defendant. | Civil No. 5:24-cv-06153-JMG |

**ORDER**

**AND NOW**, this 29th day of August, 2025, upon consideration of Defendant's Motion for Judgment on the Pleadings (ECF No. 21), Plaintiff's Motion for Judgement on the Pleadings (ECF No. 22), Plaintiff's Response to Defendant's Motion for Judgment on the Pleadings (ECF No. 23), Defendant's Response in Opposition to Plaintiff's Motion for Judgment on the Pleadings (ECF No. 24), and Defendant's Reply Brief in Support of Defendant's Motion for Judgment on the Pleadings (ECF No. 27) **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 21) is **GRANTED** and Plaintiff's Motion (ECF No. 22) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant are **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** the case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge